IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>     v.<br><br>**RONALD MOON** | **CRIMINAL ACTION**<br><br>NO.   12-502 |

# O R D E R

**AND NOW**, this    6th    day of February, 2014, for the reasons set forth in the foregoing Memorandum, defendant's Motion for a New Trial is **DENIED**.

BY THE COURT:

*/s/ Michael M. Baylson*

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Janice\ORDERS\12-502.order.2.6.14.docx